# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 JUN 22 A 7 49

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
AT FRESNO
BY _____ DEPUTY

| | |
|---|---|
| DREXEL FOSTER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>THE CITY OF BAKERSFIELD; et al.,<br><br>    Defendants - Appellees. | No. 05-16047<br>D.C. No. CV-04-06631-OWW<br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: _PLAINLY INSUFFICIENT COMPLAINT AFTER TWO OPPORTUNITIES TO AMEND._

_____
Judge
United States District Court

Date: 6-17-05